QUIN DENVIR, Bar #49374
Federal Defender
MARK A. LIZÁRRAGA, CA Bar #186240
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
SHAUN OLIVAREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 01:04-cr-5267 AWI |
| ) | |
| *Plaintiff*, ) | STIPULATION TO CONTINUE STATUS |
| ) | CONFERENCE HEARING; AND ORDER |
| v. ) | THEREON |
| ) | |
| SHAUN OLIVAREZ, ) | Date: May 16, 2005 |
| ) | Time: 9:00 a.m. |
| *Defendant*. ) | Judge: Hon. Anthony W. Ishii |
| _____ ) | |

    IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective counsel, that the Status Conference Hearing currently set for April 21, 2005 may be continued to **May 16, 2005 at 9:00 a.m.**

    The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense

///
///
///
///
///
///
///
///

preparation pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

DATED: April 19, 2005

        MCGREGOR W. SCOTT
        United States Attorney

By /s/Jonathan B. Conklin
    JONATHAN B. CONKLIN
    Assistant U.S. Attorney
    Attorney for Plaintiff

DATED: April 19, 2005

        QUIN DENVIR
        Federal Public Defender

By /s/ Mark A. Lizárraga
    MARK A. LIZARRAGA
    Assistant Federal Defender
    Attorney for Defendant

## **O R D E R**

Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

IT IS SO ORDERED.

**Dated:   April 20, 2005**               **/s/ Anthony W. Ishii**
0m8i78               UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference    2