QUIN DENVIR, Bar #49374
Federal Defender
MARK A. LIZÁRRAGA, CA Bar #186240
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
SHAUN OLIVAREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO.  01:04-cr-5267 AWI |
| ) | |
| *Plaintiff*, ) | STIPULATION TO CONTINUE STATUS |
| ) | CONFERENCE HEARING; AND ORDER |
| v. ) | THEREON |
| ) | |
| SHAUN OLIVAREZ, ) | Date:  June 6, 2005 |
| ) | Time:  9:00 a.m. |
| *Defendant*. ) | Judge: Hon.  Anthony W. Ishii |
| _____ ) | |

    IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective counsel, that the Status Conference Hearing currently set for May 16, 2005 may be continued to **June 6, 2005 at 9:00 a.m.**

    The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense

///
///
///
///
///
///
///
///

1  preparation pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

2  DATED: May 12, 2005                                        MCGREGOR W. SCOTT
                                                              United States Attorney

                                                              By /s/Jonathan B. Conklin
                                                              JONATHAN B. CONKLIN
                                                              Assistant U.S. Attorney
                                                              Attorney for Plaintiff

   DATED: May 12, 2005
                                                              QUIN DENVIR
                                                              Federal Public Defender


                                                              By /s/ Mark A. Lizárraga
                                                              MARK A. LIZÁRRAGA
                                                              Assistant Federal Defender
                                                              Attorney for Defendant

### O R D E R

IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).


IT IS SO ORDERED.

**Dated:   May 13, 2005**              **/s/ Anthony W. Ishii**
0m8i78                                 UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference        2