QUIN DENVIR, Bar #49374
Federal Defender
MARK A. LIZÁRRAGA, CA Bar #186240
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
SHAUN OLIVAREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 01:04-cr-5267 AWI |
| ) | |
| Plaintiff, ) | STIPULATION TO CONTINUE STATUS |
| ) | CONFERENCE HEARING; AND ORDER |
| v. ) | THEREON |
| ) | |
| SHAUN OLIVAREZ, ) | Date: June 27, 2005 |
| ) | Time: 9:00 a.m. |
| Defendant. ) | Judge: Hon. Anthony W. Ishii |
| ) | |

    IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective counsel, that the Status Conference Hearing currently set for June 6, 2005 may be continued to **June 27, 2005 at 9:00 a.m.**

    The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense

///
///
///
///
///
///
///

1 | preparation pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

2 | DATED: June 2, 2005                             MCGREGOR W. SCOTT
                                                    United States Attorney

5 |                                        By /s/Jonathan B. Conklin
                                              JONATHAN B. CONKLIN
6 |                                           Assistant U.S. Attorney
                                              Attorney for Plaintiff

8 | DATED: June 2, 2005
                                                    QUIN DENVIR
9 |                                                 Federal Public Defender

12 |                                       By /s/ Mark A. Lizárraga
                                              MARK A. LIZÁRRAGA
                                              Assistant Federal Defender
13 |                                           Attorney for Defendant

## O R D E R

15 | Time is excluded in the interests of justice pursuant to 18 U.S.C. §

16 | 3161(h)(8)(B)(iv).

17 | IT IS SO ORDERED.

18 | **Dated:   June 3, 2005**              **/s/ Anthony W. Ishii**
     0m8i78                                 UNITED STATES DISTRICT JUDGE