QUIN DENVIR, Bar #49374
Federal Defender
MARK A. LIZÁRRAGA, CA Bar #186240
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
SHAUN OLIVAREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 01:04-cr-5267 AWI |
| ) | |
| *Plaintiff*, ) | STIPULATION TO CONTINUE STATUS |
| ) | CONFERENCE HEARING; AND ORDER |
| v. ) | THEREON |
| ) | |
| SHAUN OLIVAREZ, ) | Date:  August 1, 2005 |
| ) | Time:  9:00 a.m. |
| *Defendant*. ) | Judge: Hon. Anthony W. Ishii |
| ) | |

   IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective counsel, that the Status Conference Hearing currently set for June 27, 2005 may be continued to **August 1, 2005 at 9:00 a.m.**

   The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense

///
///
///
///
///
///
///

1  preparation pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

2  DATED: June 22, 2005                            MCGREGOR W. SCOTT
                                                    United States Attorney
3

4

5                                                   By /s/Jonathan B. Conklin
                                                    JONATHAN B. CONKLIN
6                                                   Assistant U.S. Attorney
                                                    Attorney for Plaintiff
7

8  DATED: June 22, 2005
                                                    QUIN DENVIR
9                                                   Federal Public Defender

10

11
                                                    By  /s/ Mark A. Lizárraga
12                                                  MARK A. LIZÁRRAGA
                                                    Assistant Federal Defender
13                                                  Attorney for Defendant

14
                                   **O R D E R**
15
   IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. §
16
   3161(h)(8)(B)(iv).
17

18  IT IS SO ORDERED.

19  **Dated:   June 22, 2005**                      **/s/ Anthony W. Ishii**
   0m8i78                                           UNITED STATES DISTRICT JUDGE
20

Stipulation to Continue Status Conference Hearing            2