QUIN DENVIR, Bar #49374
Federal Defender
MARK A. LIZÁRRAGA, CA Bar #186240
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
SHAUN OLIVAREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO.  01:04-cr-5267 AWI |
| ) | |
| *Plaintiff*, ) | STIPULATION TO CONTINUE STATUS |
| ) | CONFERENCE HEARING; AND PROPOSED |
| v. ) | ORDER THEREON |
| ) | |
| SHAUN OLIVAREZ, ) | Date:   August 15, 2005 |
| ) | Time:   9:00 a.m. |
| *Defendant*. ) | Judge: Hon. Anthony W. Ishii |
| ) | |

   IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective counsel, that the Status Conference Hearing, currently set for August 1, 2005, may be continued to **August 15, 2005 at 9:00 a.m.**

   The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense

///
///
///
///
///
///
///

preparation pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

DATED: July 26, 2005                                MCGREGOR W. SCOTT
                                                              United States Attorney


By /s/Jonathan B. Conklin
    JONATHAN B. CONKLIN
    Assistant U.S. Attorney
    Attorney for Plaintiff

DATED: July 26, 2005
                                                             QUIN DENVIR
                                                             Federal Public Defender


By /s/ Mark A. Lizárraga
   MARK A. LIZÁRRAGA
   Assistant Federal Defender
   Attorney for Defendant

**O R D E R**

IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).




IT IS SO ORDERED.

**Dated:   July 26, 2005**                              /s/ Anthony W. Ishii
0m8i78                                                        UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference Hearing         2