QUIN DENVIR, Bar #49374
Federal Defender
MARK A. LIZÁRRAGA, CA Bar #186240
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
SHAUN OLIVAREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 01:04-cr-5267 AWI |
| ) | |
| Plaintiff, ) | STIPULATION TO CONTINUE STATUS |
| ) | CONFERENCE HEARING; AND ORDER |
| v. ) | THEREON |
| ) | |
| SHAUN OLIVAREZ, ) | Date: August 29, 2005 |
| ) | Time: 9:00 a.m. |
| Defendant. ) | Judge: Hon. Anthony W. Ishii |
| ) | |

    IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective counsel, that the Status Conference Hearing, currently set for August 15, 2005, may be continued to **August 29, 2005 at 9:00 a.m.**

    The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense

///
///
///
///
///
///
///
///

1  preparation pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

2  DATED: August 11, 2005                    MCGREGOR W. SCOTT
                                              United States Attorney

5                                              By /s/Jonathan B. Conklin
                                                  JONATHAN B. CONKLIN
6                                                 Assistant U.S. Attorney
                                                  Attorney for Plaintiff

8  DATED: August 11, 2005                    QUIN DENVIR
                                              Federal Public Defender

11                                             By  /s/ Mark A. Lizárraga
                                                  MARK A. LIZÁRRAGA
12                                                Assistant Federal Defender
                                                  Attorney for Defendant

## O R D E R

IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

IT IS SO ORDERED.

**Dated:   August 12, 2005**                    **/s/ Anthony W. Ishii**
0m8i78                                          UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference Hearing            2