Prob 12B

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION
## WITH CONSENT OF THE OFFENDER

*(Probation Form 49, Waiver of Hearing, is on file)*

| | |
|---|---|
| **Offender Name:** | Shaun Michael Olivarez |
| **Docket Number:** | 1:04CR05267-01 AWI |
| **Offender Address:** | Fresno, California |
| **Judicial Officer:** | Honorable Anthony W. Ishii<br>Chief United States District Judge<br>Fresno, California |
| **Original Sentence Date:** | 02/06/2006 |
| **Original Offense:** | <u>Count 1</u>: 18 USC 1343, Wire Fraud (CLASS C FELONY)<br><u>Count 8</u>: 18 USC 1028(a)(7) & 2, Identity Theft and Aiding and Abetting (CLASS C FELONY)<br><u>Count 21</u>:18 USC 1708 & 2, Possession of Stolen Mail and Aiding and Abetting (CLASS D FELONY)<br><u>Count 22</u>: 18 USC1030(a)(4), Fraud and Related Activity in Relation to Computers (CLASS D FELONY)<br><u>Count 23</u>: 18 USC 1029(a)(3) & 2, Possession of 15 or more Unauthorized Access Devices and Aiding and Abetting (CLASS D FELONY) |
| **Original Sentence:** | 21 months custody Bureau of Prison; 36 months supervised release; $500 special assessment; Mandatory drug testing |
| **Special Conditions:** | 1) Search; 2) No dissipation of assets; 3) Provide access to financial information upon request; 4) Not to incur new credit charges; 5) Drug/alcohol counseling; 6) Drug/alcohol testing; 7) Aftercare co-payment; 8) No possession or use of a computer; 9) Shall consent to unannounced inspection of computer; 10) Third party disclosure; 11) DNA collection |
| **Type of Supervision:** | Supervised Release |
| **Supervision Commenced:** | 08/24/2007 |

**RE:    Shaun Michael Olivarez**
       **Docket Number:  1:04CR05267-01 AWI**
       <u>**PETITION TO MODIFY THE CONDITIONS OR TERM**</u>
       <u>**OF SUPERVISION WITH CONSENT OF THE OFFENDER**</u>

| | | | |
|---|---|---|---|
| **Assistant U.S. Attorney:** | Mark E. Cullers | **Telephone:** | (559) 497-4000 |
| **Defense Attorney:** | Marc Ament | **Telephone:** | (559) 487-5561 |

**PETITIONING THE COURT**

**To modify the conditions of supervision as follows:**

>The defendant shall complete 50 hours of unpaid community service as directed by the probation officer. The defendant shall pay attendant fees for participation and placement in this program on a sliding scale as determined by the program. Community service shall be completed by March 31, 2009.

**Justification:**    On November 24, 2008, the supervisee was subject of a traffic stop by the Fresno Police Department for two minor traffic violations, to wit: Cracked Rear Tail Light and Obstruction of License Plate. During contact, officers found and seized drug paraphernalia in the form of a methamphetamine pipe and some wadded up wax type paper with light residue that appeared to be methamphetamine. This contraband was found in the supervisee's right front pant pocket. He was subsequently arrested for possession of drug paraphernalia and transported to the Fresno County Jail where he was detained until he was released on November 26, 2008.

On December 1, 2008, the undersigned officer met with the supervisee at his place of employment to discuss the above-referenced arrest. He reported that the drug paraphernalia belonged to a friend he had just given a "ride" home. According to the supervisee, his friend must have dropped the "pipe" when he exited the vehicle. En route home, the supervisee saw the "pipe" on the front passenger seat and did not place it in his pocket until he was "pulled-over" by the "cops." The supervisee indicated that he panicked and then placed the "pipe" in his pocket.

He contends the information in the crime report and says that he never made the following statement, "I have a drug problem," as written in the report. The supervisee asked the arresting officers to test him for drugs, but they refused. He maintains being drug free and has not used any narcotics since

**RE:**   **Shaun Michael Olivarez**
   **Docket Number: 1:04CR05267-01 AWI**
   **PETITION TO MODIFY THE CONDITIONS OR TERM**
   **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

being on supervision. (The supervisee previously completed all phase testing and was most recently tested on December 3, 15, and 22, 2008. All tests were negative.)

The supervisee has been in compliance with conditions of supervision and reporting requirements. He has maintained employment since October 3, 2007 and has recently been promoted to supervisor. The undersigned officer contacted the Fresno County District Attorney's office who reported that the case involving California Health and Safety Code Section 11364, Possession of Drug Paraphernalia was "turned down" on November 26, 2008. The supervisee understands that possession of drug paraphernalia, whether his or not, is still a violation of the general condition, to wit: *"The defendant shall not commit another local, state, or federal crime."*

As such, the undersigned officer referred the supervisee for random drug testing at Turning Point Aftercare where he will begin testing four times a month. He agrees to perform 50 hours of community service and signed the attached *Waiver of Hearing to Modify Conditions of Supervised Release.* The undersigned officer debated adding a considerable amount of community service hours, but took into consideration the four days he spent in custody in the above-referenced arrest. The undersigned officer believes the recommended controlling interventions are appropriate given the circumstances. Further, the supervisee understands that any future violation will result in his case being returned back before the Court.

**RE:**   **Shaun Michael Olivarez**
       **Docket Number:  1:04CR05267-01 AWI**
       **PETITION TO MODIFY THE CONDITIONS OR TERM**
       **OF SUPERVISION WITH CONSENT OF THE OFFENDER**


Respectfully submitted,

/s/ Jose T. Pulido

**Jose T. Pulido**
**United States Probation Officer**
Telephone:  (559) 499-5725


**DATED:**   December 23, 2008
       Fresno, California
       jtp


**REVIEWED BY:**   /s/ Marlene K. DeOrian   for
       **HUBERT J. ALVAREZ**
       **Supervising United States Probation Officer**

RE:     Shaun Michael Olivarez
        Docket Number:  1:04CR05267-01 AWI
        **PETITION TO MODIFY THE CONDITIONS OR TERM**
        **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

---

**THE COURT ORDERS:**

( **X** )   Modification approved as recommended.

(  )   Modification not approved at this time.  Probation Officer to contact Court.

(  )   Other:

IT IS SO ORDERED.

**Dated:   December 24, 2008**                    /s/ Anthony W. Ishii
                                     CHIEF UNITED STATES DISTRICT JUDGE