DANIEL J. BRODERICK, #89424
Federal Defender
PEGGY SASSO, CA Bar #228906
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
SHAUN MICHAEL OLIVAREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:04-cr-05267 AWI |
| *Plaintiff,* | STIPULATION CONTINUING SENTENCING; ORDER THEREON |
| v. | |
| SHAUN MICHAEL OLIVAREZ, | Date:  November 15, 2010<br>Time:  9:00 a.m.<br>Judge: Hon. Anthony W. Ishii |
| *Defendant.* | |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Jeremy Jehangiri, Counsel for Plaintiff, and Assistant Federal Defender Peggy Sasso, Counsel for Defendant Shaun Michael Olivarez, that the sentencing currently set for November 1, 2010, **may be continued to November 15, 2010, at 9:00 a.m.**

This continuance is at the request of defense counsel to allow counsel time to review the dispositional memorandum, received on October 27, 2010, with Defendant.  The requested continuance will conserve time and resources for both counsel and the court.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

///

///

BENJAMIN B. WAGNER

United States Attorney

DATED: October 28, 2010

By /s/ *Jeremy Jehangiri*
JEREMY JEHANGIRI
Assistant United States Attorney
Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

DATED: October 28, 2010

By /s/ *Peggy Sasso*
PEGGY SASSO
Assistant Federal Defender
Attorney for Defendant
SHAUN MICHAEL OLIVAREZ

**ORDER**

IT IS SO ORDERED.

Dated:     October 29, 2010

CHIEF UNITED STATES DISTRICT JUDGE

OLIVAREZ: Stipulation Continuing Sentencing;
 Order Thereon                                   -2-